UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:17-cv-80027-WJZ

SANTIAGO ABREU,

    Plaintiff,

vs.

CORCYD II, LLC,
d/b/a TINT WORLD,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREU ("Plaintiff"), by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, CORCYD II, LLC d/b/a TINT WORLD ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** with each party bearing her/their own attorneys' fees and costs.

        BY: /s/ Jason S. Weiss
            Jason S. Weiss
            Jason@jswlawyer.com
            Florida Bar No. 356890
            **WEISS LAW GROUP, P.A.**
            5531 N. University Drive, Suite 103
            Coral Springs, FL 33067
            Tel: (954) 573-2800
            Fax: (954) 573-2798
            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890